## POWERS v. COMMISSIONER OF INTERNAL REVENUE.

No. 486.   Argued January 7, 1941.—Decided February 3, 1941.

*Mr. Ralph G. Boyd* for petitioner.

*Mr. J. Louis Monarch,* with whom *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* were on the brief, for respondent.

MR. JUSTICE DOUGLAS delivered the opinion of the Court.

The issue in this case is the same as that in *Guggenheim* v. *Rasquin, ante,* p. 254.   Petitioner in November and December, 1935, purchased single-premium policies of insurance on her own life and late in December, 1935, irrevocably assigned them as gifts.   The Commissioner determined a deficiency, claiming that the value of the policies for gift-tax purposes was the cost of duplicating them at the dates of the gifts, not the cash-surrender

value as reported by petitioner. The Board of Tax Appeals held that the value of the gifts was their cash-surrender value. The Circuit Court of Appeals reversed. 115 F. 2d 209. That judgment must be affirmed on the authority of *Guggenheim* v. *Rasquin, supra,* unless as claimed by petitioner the court below was precluded from substituting its judgment of value for that of the Board. *Helvering* v. *Rankin,* 295 U. S. 123, 131. But the question of what criterion should be employed for determining the "value" of the gifts is a question of law. See *Lucas* v. *Alexander,* 279 U. S. 573. Accordingly, the Circuit Court of Appeals was justified in reversing the decision of the Board as "not in accordance with law." Int. Rev. Code 1939, § 1141 (c) (1); 53 Stat. 164.

*Affirmed.*